UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| -v- | :    S2 05 Cr. 1157 (LAK) |
| RAHEEN DAVIS, | : |
| **Defendant.** | |

------------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the attached Memorandum of Law and the Declaration of Mitchell Dinnerstein, the defendant Raheen Davis, will move this Court, before the Honorable Judge Lewis Kaplan, U.S.D.J.  Room 12B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at such time as the Court designates, for an Order to:

      1. Pursuant to Rule 29 for a Judgment of Acquittal or, in the alternative,

      2. Pursuant to Rule 33 for a New Trial

      3. And for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       June 3, 2008

                                      /s/ Mitchell Dinnerstein
                                      MITCHELL DINNERSTEIN, ESQ.
                                      Attorney for Defendant Francis t/n/a Riley
                                      350 Broadway, Suite 700
                                      New York, New York 10013
                                      (212)-925-0793

cc.: Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

AUSA John Hillebrecht
AUSA Katherine Lemire
United States Attorney
Southern District of New York
One St. Andrews Place
New York, New York 10007

Kobre & Kim
Michael Kim, Esq.
800 Third Avenue
Suite 600
New York, New York 10022

Raheen Davis
ID No. 58146-054