UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
       - v. -                     :        S5 05 Cr. 1157 (LAK)
                                  :
OTIS AUSTIN,                      :        ORDER
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - x

WHEREAS, a proceeding was conducted in the above-captioned matter on May 1, 2008, during which the defendant entered a plea of guilty; and

WHEREAS, upon application of the parties, the proceeding was sealed and the transcript ordered to be filed under seal; and

WHEREAS the Government has requested that the proceeding and transcript be unsealed in advance of the defendant's sentencing;

IT IS HEREBY ORDERED that the proceedings held on May 1, 2008, in the above-captioned matter, and the transcript of those proceedings be unsealed for all purposes.

Dated: New York, New York
       ~~August~~ Sept 3, 2008

SO ORDERED:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK