UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

OTIS AUSTIN,

                Movant,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

------------------------------------- x

20-cv-0398 (LAK)
05-cr-1157 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to movant's motion [DI 1] no later than April 8, 2020. Defendant shall file his reply, if any, within 30 days of the date that the government files its response.

        SO ORDERED.

Dated:      March 9, 2020

                                                Lewis A. Kaplan
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: